2:13-cr-212-DBH

SCANNED

**Synopsis**

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2014 JAN 21  A 10: 30

DEPUTY CLERK

| | |
|---|---|
| **Name:** | John W. Price |
| **Address:** (City & State Only) | Kittery, Maine |
| **Year of Birth and Age:** | 1955; 58 years old |
| **Violations:** | **Counts 1-12**: Structuring currency transactions (31 U.S.C. §§ 5324(a)(3), (d)(1), and 5313) |
| **Penalties:** | **Counts 1-12**: Imprisonment for not more than 5 years (31 U.S.C. § 5324(d)(1)), or a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. This is a class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | **Counts 1-12**: Not more than three years (18 U.S.C. § 3583(b)(2)). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-12**: Not more than two years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-12**: Three years less any term of imprisonment that was imposed upon revocation of supervised release (18 U.S.C. § 3583(h)). |
| **Defendant's Attorney:** | Daniel J. Mitchell, Esq. (Bernstein Shur) |
| **Primary Investigative Agency and Case Agent Name:** | IRS – Rodney Giguere<br>NOAA – James MacDonald |
| **Detention Status:** | To be determined |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Richard W. Murphy<br>Julia M. Lipez |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | N/A |

| Assessments: | Counts 1-12: $100 |